51,218-01,02,04

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk
DATE: OCT. 21 2015
FILE IN WRIT FILE
BY: _____

TEXAS COURT OF CRIMINAL APPEALS
ABLE ACOSTA, CLERK
P.O. BOX 12308, CAPITAL STATION
AUSTIN, TEXAS 78711

Re:  CAUES NO. 756276 — WRIT 51.218.01(02)(03)

Dear Clerk,

 Please do find enclosed, Petition To The Courts under Texas Rule of Appellate Procedure, Rule 44.1. Please do place this enclosed petition on the Court's docket to be heard, and brought to the courts attorney representing the state. Please do notify all of the listed partys involved below with a copy of these filings in the Texas Court of Criminal Appeals, accordingly with Tex. Code Crim. Proc., Art. 2.21.

1) Judge, 177th District Court
   1201 Franklin St., 19th Floor
   Houston, TX 77002

2) Harris County District Clerk
   P.O. Box 4651
   Houston, Tx 77210

3) Attorney at Law — Defense
   Ayer J. Randall
   P.O. Box 1569
   Houston, TX 77251

4) Harris county District Attorney
   Devon Anderson
   1201 Franklin St., Suite 600
   Houston, TX 77002

5) Assistance District Attorney
   Alan Curry
   1201 Franklin St., Suite 600
   Houston, TX 77002

.Respectfully submitted,
_Larry Flores_ 10/15/15
Larry Flores #817087
Ellis Unit — 1697 FM 980
Huntsville, TX 77343

C.C. Filed L.F.

CAUSE NO. 756276
51.218.01.(02)(03)

IN THE TEXAS
COURT OF CRIMINAL APPEALS

LARRY FLORES,
Ex Parte

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015

Abel Acosta, Clerk

177TH DISTRICT COURT ROOM
HARRIS COUNTY, TEXAS
HOUSTON, TEXAS
CAUSE NO. 756276

PETITION TO THE COURTS UNDER
TEXAS RULE OF APPELLATE PROCEDURE, RULE 44.1(a),(1),(2)

TO THE HONORABLE JUDGES OF TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW, LARRY FLORES, presenting his petition to the Courts under Tex.

Rule App. Proc., Rule 44.1 (a),(1),(2), The Constitutional error. The above

cause number has not been presented to the | TEXAS : Court of Appeals correctly

on CAUSE No: 75627b. Writ 51218. The filing of the Motion To Dismiss in Cause

No.756276, Exhibit (A), and the,177th District Court, Court Order, For The :

Complaint Dismissed; Return Capias; and Release Of Defendant, Exhibit (B),

filed October 09, 1997 with Harris County District Clerk, in Cause No. 756276.

The District Court has dismissed the Cause No. 756276. Furthermore, The

TEXAS Court of Appeals does not have jurisdiction on the above cause number,

and shall Reverse this Writ 51.218. (01).(02).(03). A back to the trial court.

The Order shall be made for the district trial courts to follow the original

Order by 18 U.S.C.S. 3731.

PRAYER

Where Premises Considered, Larry Flores, Ex Parte, respectfully request the TEXAS Court of Appeals, reverses the appeal back to the district trial court, and order relief on the Cause No. 756276. The Dismissal has been Granted, and Court Order has been Made To Release Larry Flores from custody.

CERTIFICATE OF SERVICE

I, Larry Flores, do hereby certify that a true and correct copy of the above and foregoing Petition To The Courts under Texas Rule of Appellate procedure, Rule 44.1 (1), has on 15th day of October ,2015 has been served upon the following individual by depostiting same in a receptance of the United States Postal Service, properly wrapped, postage and addressed as following: Clerk, Able Acosta, Texas Court of Criminal Appeals, P.O. Box 12308, Capital Station, Austin, Texas 78711.

Respectfully submitted, 10/15/15

*Larry Flores*

LARRY FLORES #817078
Ellis Unit — 1697 FM 980
Huntsville, TX 77343

C.C. Filed L.F.

EXHIBIT (A)
MOTION TO DISMISS

OFFENSE: _Cap. Murder_

CAUSE NO. _756276 (CT 3)_

COUNT NO. _3_

THE STATE OF TEXAS

IN THE _172th_ DISTRICT COURT

VS.

_Larry Flores_

OF

HARRIS COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

- ☐ The Defendant was convicted in another case or count.
- ☐ In custody elsewhere.
- ☐ Old case, no arrest.
- ☐ Missing witness.
- ☐ Request of complaining witness.
- ☐ Motion to suppress granted.
- ☐ Co-Defendant tried, this Defendant testify.
- ☐ Insufficient evidence.
- ☐ Co-Defendant convicted, insufficient evidence this Defendant.
- ☑ Case refiled.
- ☐ Other.

EXPLANATION:

_CT. 1 was indicted_

RECORDER'S MEMORANDUM.
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming.

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

**FILED**
CHARLES BACARISSE
District Clerk

OCT 0 9 1997

Time: _12:05_

Harris County, Texas

By _____ Deputy

Respectfully submitted,

_Al Nassar_

Assistant District Attorney
Harris County, Texas

## ORDER

OCT - 9 1997

The foregoing motion having been presented to me on this the _____ day of_____
A.D. 19_____, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

_____
JUDGE

_172_ DISTRICT COURT
HARRIS COUNTY, TEXAS



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   September 28, 2015

Certified Document Number:       64451535

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

EXHIBIT (B)
Court Order

:87 D1 (COURT ORDER)                CAUSE NO. 075627501030        IN THE 177 DISTRICT COURT

OF HARRIS COUNTY, TEXAS

THE  STATE  OF  TEXAS
                    VS.                                          CAPITAL MURDER (MULTI MURDER)
FLORES, LARRY

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:     GREETINGS

        BY ORDER OF THE COURT ON THE 09 DAY OF OCTOBER   , A. D. 1997 THE

FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

(XX) COMPLAINT DISMISSED

(10) RETURN CAPIAS AND RELEASE DEFENDANT FROM YOUR OFFICIAL CUSTODY, AS

        INDICATED BY ABOVE ACTIVITY

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS 09 DAY OF

OCTOBER   , A.D. 1997 AT    1210    O'CLOCK.

SNU: 998
INITIATING DEPUTY: LOPEZ, NORMA

CHARLES BACARISSE   , DISTRICT CLERK
HARRIS COUNTY, TEXAS

BY _____
                                                    DEPUTY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 64451568 - Page 1 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   September 28, 2015

Certified Document Number:      64451568

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com